# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET RUDIN,<br><br>  Plaintiff(s),<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendant(s). | Case No. 2:15-cv-02503-MMD-NJK<br><br>ORDER |

Pending before the Court is Plaintiff Margaret Rudin's Motion to Exclude Case from Early Inmate Mediation. Docket No. 10. The Court hereby **ORDERS** Defendants to file a response no later than October 12, 2016. Any reply shall be filed no later than October 19, 2016.

IT IS SO ORDERED.

Dated: October 7, 2016

  NANCY J. KOPPE
  United States Magistrate Judge