# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARGARET RUDIN, )
     Plaintiff, )
     v. )   2:15-cv-02503-MMD-NJK
TANYA HILL et al., )   **ORDER**
     Defendants. )
_____ )

## I. DISCUSSION

On September 12, 2016, this Court entered a screening order that permitted portions of Plaintiff's First, Eighth, and Fourteenth Amendment claims to proceed and dismissed several defendants with prejudice. (ECF No. 7 at 8-9). The screening order stayed the case and ordered the case to mediation. (*Id.* at 9).

On October 19, 2016, Plaintiff filed a motion to submit a second amended complaint. (ECF No. 14). The Court grants Plaintiff's motion to file a second amended complaint. (ECF No. 14). If Plaintiff chooses to file a second amended complaint she is advised that a second amended complaint supersedes (replaces) the original and first amended complaints and, thus, the second amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's second amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to

pursue in this lawsuit.  Moreover, Plaintiff must file the second amended complaint on this Court's approved prisoner civil rights form and it must be entitled "Second Amended Complaint."

The Court notes that if Plaintiff chooses to file a second amended complaint, the Court will not schedule an early mediation conference as directed by the September 12, 2016 screening order.  Instead, the Court will screen Plaintiff's second amended complaint and then order the case to proceed to mediation if any of Plaintiff's claims survive screening of the second amended complaint.  Plaintiff should be aware that the screening process will take several months to complete.  If Plaintiff would like her case to proceed now, she may file a notice with the Court indicating her desire to proceed to mediation on her first amended complaint.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to submit a second amended complaint (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that if Plaintiff chooses to file a second amended complaint, Plaintiff shall file the second amended complaint on or before Friday, November 18, 2016.

IT IS FURTHER ORDERED that if Plaintiff chooses not to file a second amended complaint and would like to proceed to mediation on her first amended complaint, Plaintiff shall file a notice with the Court on or before Friday, November 18, 2016.  If Plaintiff chooses to proceed to mediation on her first amended complaint, the Court will schedule an early inmate mediation conference as soon as possible.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of her first amended complaint (ECF No. 6).  If Plaintiff chooses to file a second amended complaint, she must use the approved form and she shall write the words "Second Amended" above the words "Civil Rights Complaint" in the caption.

. . . .

. . . .

1     IT IS FURTHER ORDERED that, if Plaintiff does not either file a second amended complaint or a notice with the Court indicating her desire to proceed to mediation on her first amended complaint on or before Friday, November 18, 2016, the Court will schedule an early inmate mediation conference on the first amended complaint and deny any leave to file an amended complaint until after mediation.

    DATED: This 24th day of October, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

3