1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                         **DISTRICT OF NEVADA**
7    MARGARET RUDIN,                     )
8              Plaintiff,                )
9         v.                             )        2:15-cv-02503-MMD-NJK
10   TANYA HILL et al.,                  )        **ORDER**
11             Defendants.               )
12   _____    )
13   **I.      DISCUSSION**

14          On September 12, 2016, this Court entered a screening order that permitted portions

15   of Plaintiff's First, Eighth, and Fourteenth Amendment claims to proceed and dismissed

16   several defendants with prejudice. (ECF No. 7 at 8-9). The screening order stayed the case

17   and ordered the case to mediation. (*Id.* at 9).

18          On October 19, 2016, Plaintiff filed a motion to submit a second amended complaint.

19   (ECF No. 14).  On October 24, 2016, this Court granted Plaintiff's motion to file a second

20   amended complaint.  (ECF No. 16 at 1).  The Court directed Plaintiff to file a second amended

21   complaint on or before Friday, November 18, 2016.  (*Id.* at 2).

22          On November 16, 2016, Plaintiff filed a letter with this Court which seems to indicate

23   that she sent a second amended complaint to the Court.  (ECF No. 17 at 1).  Plaintiff states

24   that she had to rely on prison officials to deliver her second amended complaint to  the law

25   library because she is in voluntary protective custody.  (*Id.*)

26          The Court interprets Plaintiff's letter as a statement that she intends to file a second

27   amended complaint with this Court.[1]  The Court grants Plaintiff until Friday, December 16,

28
     _____

             [1]  As of November 20, 2016, the Court has not received Plaintiff's second amended
     complaint.

2016 to file her second amended complaint with this Court.  If Plaintiff does not file a second amended complaint by that deadline, this case will proceed on the first amended complaint (ECF No. 6) and the screening order on the first amended complaint (ECF No. 7).

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file her second amended complaint on or before Friday, December 16, 2016.

IT IS FURTHER ORDERED that if Plaintiff does not file a second amended complaint on or before Friday, December 16, 2016, the Court will proceed on Plaintiff's first amended complaint and the screening order on the first amended complaint.  Additionally, if Plaintiff fails to timely file her second amended complaint, the Court will deny any leave to file an amended complaint until after mediation.

IT IS FURTHER ORDERED that if Plaintiff files a second amended complaint on or before December 16, 2016, no further action is required by Defendants in this case until further order by this Court.

DATED: This _21st_ day of November, 2016.

_____
United States Magistrate Judge