# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARGARET RUDIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>E.K. MCDANIEL, *et al.,*<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02503-MMD-NJK<br><br>ORDER |

The Third Amended Complaint in this action was filed on September 3, 2017. (ECF No. 43.) The Court issued a notice of intent to dismiss Jane Doe Dentist, Jane Doe Wisnic, and John Doe Manos pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by January 14, 2018. (ECF No. 76.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Jane Doe Dentist, Jane Doe Wisnic, and John Doe Manos are dismissed without prejudice.

DATED THIS 14th day of March 2018.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE