# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARGARET RUDIN, | ) | Case No. 2:15-cv-02503-MMD-NJK |
| Plaintiff(s), | ) | ORDER |
| v. | ) | (Docket No. 84) |
| NDOC, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is the parties' amended joint proposed discovery plan and scheduling order seeking special scheduling review. Docket No. 84. On March 29, 2018, the Court granted the parties' joint proposed discovery plan and scheduling order. Docket No. 80. Therefore, if the parties request a change to the scheduled deadlines, they must file a request for extension of the existing deadlines. *See* Local Rule 26-4.

Additionally, the parties submit they have agreed to "stay discovery as to the Board of Prison Commissioners Defendants until after the Motion to Dismiss has been resolved." Docket No. 84 at 2. The parties, however, fail to address any of the standards required for a stay. *Id.* at 2.

//

//

//

//

//

Accordingly, for the reasons stated above, the Court **DENIES** the parties' amended joint proposed discovery plan.  Docket No. 84.

IT IS SO ORDERED.

DATED: April 3, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge