# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET RUDIN, | Case No. 2:15-cv-02503-MMD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| NEVADA DEPT. OF CORRECTIONS, et al., | (Docket No. 95) |
| Defendants. | |

On December 6, 2018, while represented by counsel, Plaintiff Margaret Rudin filed a *pro se* motion for first mediation order. Docket No. 95. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Plaintiff's *pro se* filing, Docket No. 95, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: December 13, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE