# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET RUDIN., <br>     Plaintiff(s), <br> v. <br> NEVADA DEPARTMENT OF CORRECTIONS, *et al*., <br>     Defendant(s). | Case No.: 2:15-cv-2503-MMD-NJK <br><br> **Order** <br><br> [Docket No. 96] |

Pending before the Court is a motion by attorney Travis N. Barrick to withdraw as counsel for Plaintiff. Docket No. 96. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on January 16, 2019. Defendants shall make arrangement for Plaintiff to appear at the hearing telephonically, and must contact Courtroom Deputy Ari Caytuero no later than January 9, 2019, regarding such arrangements. Plaintiff's current counsel and any newly retained counsel shall appear in person.

No later than January 2, 2019, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than January 9, 2019. Unless and until the motion is granted, current counsel continues to be responsible for meeting all applicable deadlines.

IT IS SO ORDERED.

Dated: December 14, 2018

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge