AARON D. FORD
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants Romeo Aranas,*
*Jane Balao-Cledera, James G. Cox,*
*Terry Day, James Dzurenda, Jo Gentry,*
*William Glass, Robert Hendrix,*
*Willontray Holmes, Margaret Mabry,*
*E.K. McDaniel, Andelyn Olsen,*
*Dionne Payton, Gary Piccinini,*
*William Reubart, Todd Riches,*
*Francisco Sanchez, Toni Shegina,*
*Patrick Vejar, and Harold Wickham*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET RUDIN, | Case No. 2:15-cv-02503-MMD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MCDANIEL, *et al.*, | |
| Defendants. | |

It is stipulated by and between Plaintiff Margaret Rudin, by and through counsel, Travis N. Barrick, Esq., and Defendants Romeo Aranas, Jane Balao-Cledera, James G. Cox, Terry Day, James Dzurenda, Jo Gentry, William Glass, Robert Hendrix, Willontray Holmes, Margaret Mabry, E.K. McDaniel, Andelyn Olsen, Dionne Payton, Gary Piccinini, William Reubart, Todd Riches, Francisco Sanchez, Toni Shegina, Patrick Vejar, and Harold Wickham ("the NDOC Defendants"), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, and Defendants

Brian Sandoval, Barbara Cegavske, and Adam Laxalt, by and through counsel, Theresa M. Haar, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this 13th day of March, 2019.

GALLIAN WELKER & BECKSTROM, LC

By: /s/ Travis N. Barrick
Travis N. Barrick, Esq.
Nevada Bar No. 9257
540 E. St. Louis Avenue
Las Vegas, NV 89104
*Attorneys for Plaintiff*

AARON D. FORD
Attorney General

By: /s/ Jared M. Frost
Jared M. Frost
Senior Deputy Attorney General
Nevada Bar No. 11132
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101
*Attorneys for the NDOC Defendants*

By: /s/ Theresa M. Haar
Theresa M. Haar
Senior Deputy Attorney General
Nevada Bar No. 12158
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendants Sandoval, Cegavske, and Laxalt*

## ORDER

**IT IS SO ORDERED**. The matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED __March 13_____, 2019.

_____
UNITED STATES DISTRICT JUDGE